Case 1:96-cr-00962-LAK   Document 187   Filed 09/16/20   Page 1 of 2



**HERBERT SMITH FREEHILLS**

# MEMO ENDORSED

Honorable Lewis A. Kaplan
United States Courthouse
500 Pearl Street
New York, NY 10007

Herbert Smith Freehills New York LLP
450 Lexington Avenue, 14th floor
New York, NY 10017
USA
T +1 917 542 7600
F +1 917 542 7601
D +1 917 542 7816
E Lawrence.Savell@hsf.com
www.herbertsmithfreehills.com

Our ref

Your ref

Date
September 16 2020

**Re: US v. Walden, Docket No. 1:96-cr-00962-LAK-3**

Dear Judge Kaplan:

We represent Jerry Donnell Walden in the above-captioned matter. In connection with filing Mr. Walden's Motion for Compassionate Release/Sentence Reduction, we submit this letter motion to respectfully request permission to file under seal the following exhibits to the Declaration of Lawrence Savell which contains medical records and information:

- Exhibit 3
- Exhibits 8-12
- Exhibit 20
- Exhibit 24
- Exhibit 29
- Exhibit 31
- Exhibit 36

We also will be redacting portions of Exhibits 42-44 and 46 to the Declaration that include Social Security number, addresses, email addresses, phone numbers, and/or date of birth.

Herbert Smith Freehills New York LLP and Herbert Smith Freehills, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills.

Herbert Smith Freehills New York LLP is a limited liability partnership registered in England and Wales with registered number OC375072. Its registered office is at Exchange House, Primrose Street, London EC2A 2EG.



**HERBERT SMITH FREEHILLS**

Date
September 16 2020
Letter to
Honorable Lewis A. Kaplan

We will provide to Your Honor's Chambers and to the government copies of this letter, and all the sealed exhibits in support of the Declaration.

Respectfully submitted,

/s/ Lawrence E. Savell

Lawrence E. Savell

Granted. The complete and unredacted papers shall be provided to the Court's case manager, Mr. Mohan, in electronic form in separately labeled PDF files.

SO ORDERED

LEWIS A. KAPLAN, USDJ

9/16/2020

2